IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUELINE KAHLER,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 24-5219 |
| **THE COUNTY OF DELAWARE, PENNSYLVANIA, et al.,** | : | |
| Defendants. | : | |

# ORDER

**AND NOW,** this 26th day of September, 2025, upon consideration of the Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 13; ECF No. 22) by Defendants the County of Delaware (the "County"), the Delaware County Council (the "Council"), the individual County Council members, Dr. Monica Taylor, Ms. Elaine Paul Schaefer, Mr. Kevin M. Madden, Ms. Christine A Reuther, and Mr. Richard R. Womack, and Delaware County employees Jonathan Lichtenstein, Christine Keck, Barbara O'Malley, Edward Beebe, Regina Rodia, Anthony Mignogna, Samantha Cox, and Jane Does (collectively, "Individual Defendants"), and Plaintiff's Response in Opposition thereto (ECF No. 21), it is hereby **ORDERED** that the Motion is **DENIED IN PART** and **GRANTED IN PART** as follows:

1. To the extent the motion seeks dismissal of Count I against the County Council and Individual Defendants, the Motion is **GRANTED**.

    a. Count I is **DISMISSED WITHOUT PREJUDICE** against Individual Defendants in their individual capacities.

    b. Count I is **DISMISSED WITH PREJUDICE** against the County Council and Individual Defendants in their official capacities.

2. To the extent the motion seeks dismissal of Count I against the County, as it relates to the *Monell* claim, the motion is **DENIED.**

3. To the extent the motion seeks dismissal of Count III, the motion is **GRANTED.** Count III is **DISMISSED WITHOUT PREJUDICE**.

4. To the extent the motion seeks dismissal of Counts IV and V, the motion is **GRANTED**.

    a. Counts IV and V are **DISMISSED WITH PREJUDICE** against the County, County Council, and Individual Defendants in their official capacities.

    b. Counts IV and V are **DISMISSED WITHOUT PREJUDICE** against Individual Defendants in their individual capacities.

BY THE COURT:

_____
Hon. Mia R. Perez